EJ-195

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: Robert P. Goe - SBN 137019<br>GOE & FORSYTHE, LLP<br>18101 Von Karman Ave., Ste. 1200<br>Irvine, CA 92612<br>ATTORNEY FOR *(Name)*: Steven M. Speier, Trustee | TELEPHONE NO.: 949-798-2460 | FOR COURT USE ONLY |
|---|---|---|

NAME OF COURT: United States Bankruptcy Court
STREET ADDRESS: 3420 Twelfth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Central District - Riverside Branch

FILED
JUN 14 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

PLAINTIFF: Steven M. Speier, Trustee SEE ATTACHMENT

DEFENDANT: Ocean Atlantic Service Corporation SEE ATTACHMENT

**NOTICE OF RENEWAL OF JUDGMENT**

CASE NUMBER:
Adv. Case No. 07-ap-01169-MJ

TO JUDGMENT DEBTOR *(name)*: Ocean Atlantic Service Corporation, SEE ATTACHMENT

1. **This renewal extends** the period of enforceability of the judgment until 10 years from the date the application for renewal was filed.

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with this court.

3. You must make this motion within **30 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900)*.

Date: JUNE 14, 2017        Clerk, by _____, Deputy

[SEAL]

See CCP 683.160 for information on method of service

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2007]

**NOTICE OF RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.160
www.courtinfo.ca.gov

MC-025

| SHORT TITLE: Steven M. Speier, Trustee for Infrastructure v. Ocean Atlantic et al. | CASE NUMBER: Adv. Case No. 07-ap-01169-MJ |
|---|---|

**ATTACHMENT** *(Number):* 1

*(This Attachment may be used with any Judicial Council form.)*

(NOTICE OF RENEWAL OF JUDGMENT)

CAPTION:
Plaintiff (continued):
for Infrastructure Service Co., LLC f/k/a Ocean Atlantic Development LLC

Defendant (continued):
a Virginia corporation; Ocean Atlantic Chicago, LLC, a Delaware limited liability company; Ocean Atlantic Temecula LLC, a California limited liability company; Michael J. Ferraguto, Jr., an individual; John C. Carroll, an individual; jointly and severally

TO JUDGMENT DEBTOR (continued):

a Virginia corporation; Ocean Atlantic Chicago LLC, a Delaware limited liability company; Ocean Atlantic Temecula LLC, a California limited liability company; Michael J. Ferraguto, Jr., an individual; John C. Carroll, an individual; jointly and severally

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov